# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 12, 2021

161476 & (72)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

RUSSELL CHARLES GOVETT, IV,
     Defendant-Appellant.

SC: 161476
COA: 342639
Wayne CC: 17-005152-FC

_____/

On order of the Court, the motion to file a pro per supplement is GRANTED. The application for leave to appeal the May 14, 2020 judgment of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. In particular, the prosecuting attorney shall address the defendant's arguments regarding MCR 6.201(B)(3) and the $400 fee for standby counsel.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 12, 2021



Clerk

s0209b